THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NORBERT McCAULIFF, Appellant.

(Argued April 17, 1935; decided May 3, 1935.)

582

*Charles L. Crowley* and *Arthur J. X. Hines* for appellant. *William F. X. Geoghan, District Attorney (George F. Palmer, Jr.,* of counsel), for respondent.

Judgments reversed and information dismissed. The acts proved do not constitute the offense charged. (*People* v. *Perry,* 265 N. Y. 362.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.